HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BITTITAN, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual, and <bit-titan.com>, an internet domain name,<br><br>Defendants. | 2:17-cv-00046-JLR<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO SEEK THIRD PARTY DISCOVERY TO LEARN DEFENDANT'S IDENTITY |

Having reviewed Plaintiff BitTitan, Inc.'s *Ex Parte* Motion for Leave to Seek Third Party Discovery to Learn Defendants' Identities, and being fully advised, IT IS ORDERED:

1. BitTitan, Inc.'s *Ex Parte* Motion for Leave to Seek Third Party Discovery to Learn Defendants' Identities is GRANTED.

2. BitTitan, Inc. may serve subpoenas on VeriSign, Inc., PDR Ltd., and Privacy Protect, Inc., ~~and other entities who offer domain name registration or privacy services and who may have knowledge of Defendant Doe's true identity~~.

DATED THIS 21st day of Feb., 2017

_____
JAMES L. ROBART
United States District Judge

//

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION
FOR LEAVE TO SEEK THIRD PARTY DISCOVERY – 1
(No. 2:17-cv-00046-JLR)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  Presented by:

2  **FOCAL PLLC**

3  By: *s/ Garrett Heilman*
   By: *s/ Venkat Balasubramani*
   Garrett Heilman, WSBA #48415

4  Venkat Balasubramani, WSBA #28269
   900 1st Ave. S., Suite 201

5  Seattle, Washington 98134
   Tel: (206) 529-4827

6  Fax: (206) 260-3966
   venkat@focallaw.com

7  garrett@focallaw.com

8  Attorneys for Plaintiff BITTITAN, INC.

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION
FOR LEAVE TO SEEK THIRD PARTY DISCOVERY – 2
(No. 2:17-cv-00046-JLR)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966