UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BITTITAN, INC., | CASE NO. C17-0046JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| JOHN DOE, et al., | |
| Defendants. | |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.* Here, Plaintiff Bittitan, Inc., has failed to identify the Doe defendant and serve the ~~Doe defendant and Defendant bit-titan.com with a summons and a copy of the complaint~~ within the timeframe provided in Rule 4(m).

Accordingly, the court ORDERS Bittitan to SHOW CAUSE within seven (7) days of the entry of this order why this action should not be dismissed for failure to comply with Rule 4(m). If Bittitan does not timely demonstrate good cause for its failure, the court will dismiss the action without prejudice.

Dated this 28th day of April, 2017.

JAMES L. ROBART
United States District Judge